**Fernando CAMARGO–ZAVALA; Margarita Camargo, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–74561.

United States Court of Appeals, Ninth Circuit.

---

Submitted Oct. 19, 2010.*

Filed Oct. 26, 2010.

Henry Anthony Posada, Esquire, Law Offices of Henry A. Posada, Downey, CA, for Petitioners.

Jacob Bashyrov, Esquire, OIL, DOJ— U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Fernando Camargo–Zavala and Margarita Camargo, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir.2005), and we deny the petition for review.

The BIA acted within its broad discretion in determining that, even assuming counsel failed to submit documentation, the evidence presented with the motion to reopen was insufficient to warrant reopening. *See Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir.2002) (BIA's denial of a motion to reopen shall be reversed only if it is "arbitrary, irrational, or contrary to law").

PETITION FOR REVIEW DENIED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

